IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 07-cv-02579-LTB

GREGORY ROSTAD,

    Plaintiff,

v.

HEIDI CONNOLLY, M.D.,

    Defendant.
_____

**ORDER**
_____

This wrongful death action is before me on Defendant, Heidi Connolly, M.D.'s, Motion to Dismiss for lack of personal jurisdiction [**Docket # 4**]. The motion was filed on June 16, 2008, and Plaintiff did not file a response. A review of the Complaint [**Docket # 1**] shows Plaintiff failed to allege any basis for personal jurisdiction. Defendant—at all times relevant to Plaintiff's claims—was a resident of Minnesota and all relevant acts occurred there. Accordingly, the Complaint is DISMISSED WITHOUT PREJUDICE and the case is CLOSED. *See Carribean Broad. Sys., Ltd. v. Cable & Wireless, PLC*, 148 F.3d 1080, 1089–90 (D.C. Cir. 1998) (holding dismissal for lack of personal jurisdiction was proper when the plaintiff failed to offer any facts supporting long-arm jurisdiction in response to motion to dismiss). Each party shall bear its own costs.

Dated: October __2__, 2008.

                                      BY THE COURT:

                                      ___s/Lewis T. Babcock_____
                                      Lewis T. Babcock, Judge